Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5322
(973) 776-1900

Matthew M. Wolf
(*pro hac vice* application forthcoming)
William Z. Louden
(*pro hac vice* application forthcoming)
Nicholas M. Nyemah
(*pro hac vice* application forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000

*Attorneys for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and RELIEVANT MEDSYSTEMS, INC. | |
| Plaintiffs, | Civil Action No. 25-12700 |
| v. | **JURY TRIAL DEMANDED** |
| STRYKER CORPORATION | |
| Defendant. | |

## COMPLAINT FOR DECLARATORY JUDGMENT

1.     For decades, Plaintiffs Boston Scientific Corporation ("BSC") and Relievant Medsystems, Inc. ("Relievant") (collectively, "Boston Scientific") have invested significant effort, time, and resources into identifying a previously-undiscovered source of pain that plagues millions of Americans, devising unique methods for diagnosing that pain, and developing a revolutionary product and procedure for effectively treating that pain. Specifically, after years of research and

rigorous clinical trials, Relievant developed the Intracept® Procedure, a one-of-a-kind minimally invasive treatment for chronic low back pain in which a specially-designed device is advanced within a patient's vertebral bone and radiofrequency energy is applied to the basivertebral nerve, thereby eliminating pain. Boston Scientific has been and remains dedicated to marketing and promoting the Intracept® Procedure, providing education and support to healthcare professionals, insurance providers, and the like, and ensuring that this life-changing treatment is expansively accessible to patients in need. Concurrently, Boston Scientific has diligently sought and obtained patent protection for this innovative procedure—formally known as basivertebral nerve ablation (BVNA)—thereby assuring patients that the BVNA treatment they receive is backed by extensive research and the utmost care.

2.　　Now, without regard for Boston Scientific's patent rights, Defendant Stryker Corporation ("Stryker") attempts to piggyback off Boston Scientific's decades of investment and expenditure. Recently, without conducting any clinical studies, Stryker obtained FDA clearance for its own BVNA product by claiming that it is substantially equivalent to Boston Scientific's Intracept® product. And Stryker is already endeavoring to market, promote, and sell its product in violation of Boston Scientific's patent rights, causing irreparable harm.

## <u>NATURE OF THE ACTION</u>

3.　　Boston Scientific brings this lawsuit seeking a declaratory judgment under 28 U.S.C. §§ 2201, 2202, and the patent laws of the United States, Title 35, United States Code, to prevent Stryker's imminent infringement of Boston Scientific's U.S. Patent No. 12,303,166 ("the '166 Patent"), which relates to methods for ablating a basivertebral nerve (BVN) in a vertebra of a patient.[1]

---

[1] A true and correct copy of the '166 Patent is attached as Exhibit 1.

4.      This declaratory judgment action relates to Stryker's imminent infringement of the '166 Patent by its commercial market launch, and pre-launch activities in support of a commercial market launch, of Stryker's OptaBlate® BVN Basivertebral Nerve Ablation System product ("the OptaBlate BVN product"), which has already received 510(k) clearance from the U.S. Food and Drug Administration ("FDA"), and which Stryker intends to introduce this month.

5.      Stryker will actively induce infringement of one or more claims of the '166 Patent in violation of 35 U.S.C. § 271(b) by providing its OptaBlate BVN product to its customers, *e.g.*, physicians, and instructing them to use the OptaBlate BVN product in accordance with one or more claims of the '166 Patent with the specific intent that its customers will use the OptaBlate BVN product in such a manner. Stryker will also contribute to the infringement of one or more claims of the '166 Patent in violation of 35 U.S.C. § 271(c) by selling, offering to sell, and/or importing into the United States its OptaBlate BVN product, knowing that its customers', *e.g.*, physicians', use of the OptaBlate BVN product will infringe one or more claims of the '166 Patent.

## THE PARTIES

6.      BSC is a corporation organized and existing under Delaware law with its principal place of business at 300 Boston Scientific Way, Marlborough, Massachusetts. BSC is a leading developer, manufacturer, and supplier of medical devices, including an array of advanced therapies to treat chronic pain.

7.      Relievant is a corporation organized and existing under Delaware law with its principal place of business at 7201 Metro Boulevard, Suite 300, Edina, Minnesota. Relievant is a wholly owned subsidiary of BSC. Relievant develops and manufactures the Intracept®, a product and procedure for the treatment of chronic vertebrogenic low back pain, which BSC distributes.

8.      Relievant is the owner by assignment of the '166 Patent.

9.      BSC acquired Relievant on November 17, 2023. BSC is the exclusive seller of products that embody Relievant patents and has the right to sue for infringement by unauthorized third parties and recover damages due to lost sales.

10.     Stryker is a corporation organized and existing under Michigan law, with its principal place of business at 1941 Stryker Way, Portage, Michigan.

11.     Stryker Orthopaedics is a division of Stryker that is located at 325 Corporate Drive, Mahwah, New Jersey.

12.     Stryker, through its Stryker Orthopaedics division, offers a "portfolio for orthopaedic surgeons and neurosurgeons specializing in spine surgery" including neuro and spine instruments and products related to radiofrequency ablation, spine navigation, spinal access and decompression, and vertebral compression fractures.[2]

## JURISDICTION AND VENUE

13.     This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202, and the patent laws of the United States, 35 U.S.C. §§ 100, *et seq*.

14.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, 2202, and 35 U.S.C. § 271.

15.     This Court has personal jurisdiction over Stryker based on the company's extensive and continuous contacts in New Jersey. For example, Stryker (1) regularly transacts business within New Jersey and regularly avails itself of the benefits of this district, including securing a New Jersey drug and medical device manufacturer and wholesale license (Registration No. 5006472) and New Jersey Business Entity identification number (Registration No. 0100179955); (2) has facilities located in this district, including at least its Stryker

---

[2] *See Spine | Stryker*, STRYKER, https://www.stryker.com/us/en/portfolios/orthopaedics/spine--ortho-.html (last visited July 2, 2025).

Orthopaedics division in Mahwah; (3) has hundreds of employees in its New Jersey offices; (4) manufactures, imports, sells, offers for sale, and/or distributes medical devices (including orthopedic and interventional spine products) in this district, directly and/or through intermediaries; (5) has customers, *e.g.*, physicians, who use Stryker's medical devices, including orthopedic and interventional spine products, sold and distributed in this district to perform medical treatment; (6) derives substantial revenues from its business operations and sales in this district; (7) pays taxes in New Jersey based on revenue generated in this district; and (7) on information and belief, intends to market, sell, or distribute its OptaBlate BVN product upon its imminent commercial launch, including throughout New Jersey, for use by customers, *e.g.*, physicians, in at least New Jersey.

16.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(c)(2) because Stryker is subject to personal jurisdiction in this judicial district.

17.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1400(b) because Stryker will imminently commit acts of infringement in New Jersey and has a regular and established place of business in this judicial district.

## BOSTON SCIENTIFIC'S INVESTMENT INTO VERTEBROGENIC PAIN TREATMENT

18.     In the United States, more than five million people live with vertebrogenic pain, a distinct type of chronic low back pain caused by damage to vertebral endplates—the interface between the disc and the vertebral body. Physicians can confirm a patient's vertebrogenic pain by observing Modic changes, a biomarker seen on magnetic resonance imaging (MRI) that indicates inflammation at the vertebral endplate.

19.     Founded in 2006, Relievant set out on a mission to transform the diagnosis and treatment of vertebrogenic pain. Pioneering the therapeutic use of nerve ablation within vertebral

bodies for the treatment of chronic low back pain, Relievant developed the Intracept® Procedure, a minimally invasive procedure that involves heating the basivertebral nerve, located within the vertebrae, with a radiofrequency probe, to ablate the nerve and prevent it from sending pain signals to the brain, thus relieving chronic vertebrogenic pain.

20.    The history of Relievant involves years of research and collaborations among many top scientists who sought to improve the lives of millions of patients. In the late 1990s and early 2000s, co-founders of Relievant began a research program that looked at the effect of heat within the intervertebral disc for treating back pain. Later, at a time when nobody had ever ablated a nerve in a healthy bone such as the vertebral body, collaboration studies began with Samit Patel, also a co-founder of Relievant, who was researching how different energy modalities could be used for nerve ablation in bone. Mr. Patel and Richard Pellegrino, another co-founder of Relievant, found that ablating the basivertebral nerve, whose role as a source of chronic pain had not been fully explored at the time, could result in an improvement of certain conditions of chronic back pain.[3] Meanwhile, another Relievant co-founder was studying the effects of endplate degeneration, *i.e.*, bone marrow changes near degenerated endplates in vertebrae, and identified neoinnervation associated with the basivertebral nerve near those endplates that could be targeted to alleviate pain. Years of research and the desire to develop technology to relieve a new type of chronic back pain led to the formation of Relievant and development of the Intracept® Procedure.

21.    Upon its founding, Relievant set out to design and develop a device capable of performing basivertebral nerve ablation (BVNA) for relieving back pain. This required not only

---

[3] *See, e.g.*, P.J. Hoopes *et al*., *Radiofrequency ablation of the basivertebral nerve as potential treatment of back pain: pathologic assessment in an ovine model (Invited Paper)*, Proc. SPIE 5698, Thermal Treatment of Tissue: Energy Delivery and Assessment III (Apr. 14, 2005), *available at* https://doi.org/10.1117/12.593693.

creating a device, but also designing and performing various pre-clinical and clinical studies to validate its potential use in a novel and burgeoning field of study. While early iterations involved a radiofrequency probe and straight instrument set system predicated on several disparate products, Relievant designed, tested, and eventually received FDA clearance on its INTRACEPT Flexible Bi-Polar RF Probe and Curved Instrument Set for a general indication (*i.e.*, thermal coagulation of soft tissues) in early 2009.[4] Though subsequent iterations of the Intracept system followed, this early curved instrument system was cleared based on in vivo data demonstrating the device created clinically relevant lesions equivalent in size to the predicate device.[5] Following positive results in a separate pilot study on 17 patients,[6] Relievant began the Surgical Multi-center Assessment of Radiofrequency Ablation for the Treatment of Vertebrogenic Back Pain (SMART) Trial, which utilized its developing system, in 2011.[7]

22.    Data from the SMART trial, along with the preceding studies and testing, facilitated development of both Relievant's Intracept® system and the Intracept® Procedure. The SMART trial demonstrated that the Intracept® Procedure was safe, effective, and durable in the treatment of chronic low back pain.[8] For patients who received the intended therapy and completed follow-up, the treatment arm in the SMART trial demonstrated a mean Oswestry Disability Index (ODI)

---

[4] *See* U.S. FOOD & DRUG ADMIN., INTRACEPT Flexible Bi-Polar RF Probe and Curved Instrument Set (K083856) FDA Clearance Letter (January 22, 2009) (Ex. 2).
[5] *See id*. at 2.
[6] Becker et al., *Ablation of the basivertebral nerve for treatment of back pain: a clinical study*, 17(2) The Spine J. 218-223 (2017), *available at* https://www.thespinejournalonline.com/article/S1529-9430(16)30922-6/.
[7] Fischgrund et al., *Intraosseous basivertebral nerve ablation for the treatment of chronic low back pain: a prospective randomized double-blind shamcontrolled multi-center study*, 27(5) Eur Spine J. 1146-56 (2018), *available at* https://doi.org/10.1007/s00586-018-5496-1.
[8] *See id*. at 1154 ("Patients in the per-protocol analysis treated using RF ablation of the BVN nerve complex exhibited statistically superior relief of disability and a higher response rate than those treated with the sham procedure.").

improvement of 20.5 points or 48% decrease from baseline at 3 months, with results being sustained through 12 and 24 months of follow-up. Ultimately, in July 2016, the Intracept® Procedure received 510(k) clearance from the FDA for the treatment of patients with chronic low back pain based in part on results from the SMART Trial.

23.     But clinical studies have not stopped there. Following the conclusion of the SMART clinical trial and FDA clearance, Relievant began the INTRACEPT clinical trial in mid-2017 using the Intracept® Procedure.[9] The INTRACEPT trial was a prospective, parallel, open-label randomized controlled trial of 140 patients in 20 U.S. sites, which compared BVNA treatment using the Intracept® system with the standard of care (*e.g.*, physical therapy, exercise, chiropractic treatment, acupuncture, oral pain medications and spinal injections).[10] Researchers concluded that the "INTRACEPT RCT 24-month treatment arm results demonstrate[d] the safety, durability, reproducibility, and effectiveness of basivertebral nerve ablation for the treatment of vertebrogenic [chronic low back pain]."[11]

24.     In short, Relievant has been committed to assessing and confirming the safety, effectiveness, durability, and reproducibility of their Intracept® Procedure through multiple clinical trials.

25.     In 2021, after more than a decade of work establishing the cause, effect, and treatment of vertebrogenic back pain, the Centers for Disease Control and Prevention (CDC)

---

[9] *See* Koreckij et al., *Prospective, randomized, multicenter study of intraosseous basivertebral nerve ablation for the treatment of chronic low back pain: 24-Month treatment arm results*, 8 N. Am. Spine Soc. J. (2021), *available at* https://www.nassopenaccess.org/article/S2666-5484(21)00041-X/fulltext.

[10] *Id*. at 2.

[11] *Id*. at 10.

designated a new diagnosis code specifically for that affliction.[12] The CDC's recognition of vertebrogenic pain as a specific low back pain condition followed decades of research characterizing the role of the basivertebral nerve in transmitting pain signals from damaged vertebral endplates. For the first time, clinicians had a unique code to diagnose and report this condition accurately, helping connect the millions of patients suffering from vertebrogenic pain with effective, long-lasting relief following the Intracept® Procedure.

26.     Aware of Relievant's success, and its seminal role in the identification and treatment of vertebrogenic pain, BSC acquired Relievant in 2023. Since making that significant investment, Boston Scientific has made a substantial financial commitment to bring the Intracept® product and procedure to market. Those investments have included the development and release of an advanced training platform for the Intracept® Procedure, the offering of dedicated comprehensive support and training programs focused on safely and effectively performing the Intracept® Procedure, and the formation of a dedicated team of professionals to assist in the prior authorization of the Intracept® Procedure and to work alongside the patient and physician throughout the process to obtain insurance approval for the Intracept® Procedure.

**STRYKER'S PROPOSED ENTRY INTO THE BVNA MARKET**

27.     On the heels of Boston Scientific's substantial commitment to the development and implementation of the Intracept® product and Procedure, Stryker is now on the cusp of launching the OptaBlate BVN product, which Stryker similarly touts as a minimally invasive procedure that

---

[12] The CDC designated an International Classification of Diseases, Tenth Revision, Clinical Modification (ICD-10-CM) diagnosis code—M54.51—effective October 1, 2021, specifically for vertebrogenic low back pain. *See* CENTERS FOR DISEASE CONTROL AND PREVENTION, ICD-10 Coordination and Maintenance Committee Meeting Sept. 8-9, 2020 Diagnosis Agenda at 9, 97-98 *available at* https://www.cdc.gov/nchs/data/icd/Topic-packet-September-8-9.2020.pdf.

provides long-lasting vertebrogenic pain relief.[13] While Stryker has very recently obtained clearance for that procedure from the FDA, it has done so by piggybacking on Relievant's clinical trials.

28.     Indeed, when the FDA granted Stryker's 510(k) clearance on May 15, 2025, the agency's justification was that Stryker's OptaBlate BVN product is substantially equivalent to the Intracept® product. Indeed, the FDA concluded that both products shared the same intended use, similar indications for use, and similar technological characteristics.[14]

29.     Armed with that clearance, but heedless of Boston Scientific's patent rights, Stryker now plans to introduce its OptaBlate BVN product as part of the company's pain portfolio at the American Society of Pain & Neuroscience (ASPN) Annual Meeting scheduled for July 17-20, in Miami, Florida (Booth #154).[15]

30.     For that reason, Stryker's infringement of the '166 Patent is imminent; its intent is clear; and it has created a real and actual controversy between Boston Scientific and Stryker.

## COUNT I:

## DECLARATORY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 12,303,166

31.     Boston Scientific realleges paragraphs [1-30] above.

32.     The '166 Patent, titled "Methods for Accessing Nerves Within Bone," is a valid, enforceable patent that was duly issued by the United States Patent and Trademark Office on May 20, 2025 in full compliance with Title 35 of the United States Code.

---

[13] *Stryker receives FDA clearance for OptaBlate® BVN Basivertebral Nerve Ablation System*, STRYKER (May 19, 2025), https://www.stryker.com/us/en/about/news/2025/stryker-receives-fda-clearance-for-optablate-bvn-ablation-system.html (last visited July 2, 2025) [hereinafter *Stryker FDA Clearance Announcement*].
[14] U.S. FOOD & DRUG ADMIN., OptaBlate BVN Intraosseous Nerve Ablation System (K250213) FDA Clearance Letter (May 15, 2025) (Ex. 3), Enclosure at 2.
[15] *Stryker FDA Clearance Announcement*, *supra* note 13.

33.    Upon the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the OptaBlate BVN product, Stryker's customers, *e.g.*, physicians, will directly infringe one or more claims of the '166 Patent.

34.    In addition, Stryker will indirectly infringe the '166 Patent both by actively inducing its customers' infringement of the '166 Patent, and by offering to sell, selling, and/or importing the OptaBlate BVN product in the United States for use by its customers in nerve ablation procedures in accordance with one or more claims of the '166 Patent.

35.    Stryker has already received FDA clearance for its OptaBlate BVN product.[16]

36.    Boston Scientific's Intracept® product was listed as the predicate device for the OptaBlate BVN product 510(k) application.[17]

37.    The FDA determined that the OptaBlate BVN product and Boston Scientific's Intracept® product "share the same intended use, and similar indications for use and technological characteristics" supporting a "determination of substantial equivalence."[18]

38.    On information and belief, Boston Scientific's Intracept® product and Stryker's OptaBlate BVN product are the only two products that have been approved or cleared by the FDA for basivertebral nerve ablation for the relief of particular chronic low back pain.[19]

---

[16] *Stryker FDA Clearance Announcement*, *supra* note 13.

[17] *See* Ex. 3, Enclosure at 1-2.

[18] *Id.* at 1-4, 8.

[19] *See id.*, Indications for Use ("The [OptaBlate BVN product] is intended for the ablation of basivertebral nerves of the L3 through S1 vertebrae for the relief of chronic low back pain of at least six months duration that has not responded to at least six months of conservative care, and is also accompanied by features consistent with Type 1 or Type 2 Modic changes on an MRI such as inflammation, edema, vertebral endplate changes, disruption and fissuring of the endplate, vascularized fibrous tissues within the adjacent marrow, hypointensive signals (Type 1 Modic change), and changes to the vertebral body marrow including replacement of normal bone marrow by fat, and hyperintensive signals (Type 2 Modic change)."); U.S. FOOD & DRUG ADMIN., Intracept Intraosseous Nerve Ablation System (K190504) FDA Clearance Letter (May 3, 2019) (Ex. 4), Indications for Use ("The Intracept Intraosseous Nerve Ablation System is

39.     On information and belief, Stryker plans to introduce its OptaBlate BVN product as soon as July 17, 2025.[20]

40.     On information and belief, Stryker has the capability to and will manufacture, distribute, import, market, sell, and/or offer to sell the OptaBlate BVN product at least from its Stryker Orthopaedics facility in Mahwah, New Jersey.[21]

41.     On information and belief, Stryker has engaged in concrete steps with the intent to infringe at least one claim of the '166 Patent upon its imminent launch of the OptaBlate BVN product.

42.     For example, on information and belief, Stryker has created materials describing the OptaBlate BVN product and including instructions and diagrams for its intended use, and Stryker has been reaching out to physicians with the intent to market its OptaBlate BVN product upon its imminent launch.[22]

---

intended to be used in conjunction with radiofrequency (RF) generators for the ablation of basivertebral nerves of the L3 through S1 vertebrae for the relief of chronic low back pain of at least six months duration that has not responded to at least six months of conservative care, and is also accompanied by features consistent with Type 1 or Type 2 Modic changes on an MRI such as inflammation, edema, vertebral endplate changes, disruption and fissuring of the endplate, vascularized fibrous tissues within the adjacent marrow, hypointensive signals (Type 1 Modic change), and changes to the vertebral body marrow including replacement of normal bone marrow by fat, and hyperintensive signals (Type 2 Modic change).").

[20] *Stryker FDA Clearance Announcement*, *supra* note 13.

[21] *See, e.g.*, *5 reasons to love Stryker in New Jersey*, STRYKER'S CAREERS BLOG (Oct. 25, 2024), https://www.strykercareersblog.com/post/5-reasons-to-join-stryker-in-mahwah-nj (last visited July 2, 2025) ("Main business: Orthopaedics Main functions: Supply Chain, Manufacturing, Sales and Marketing, Operations and Finance").

[22] *See, e.g.*, *OptaBlate® basivertebral nerve ablation system*, STRYKER | INTERVENTIONAL SPINE, https://providers.strykerivs.com/products/optablate-bvn (last visited July 2, 2025) [hereinafter *OptaBlate BVN Product Page*]; Stryker OptaBlate BVN Product Brochure (Ex. 5); *Stryker FDA Clearance Announcement*, *supra* note 13 (quoting "Dr. Jad Khalil, Spine Surgeon at Michigan Orthopaedic Surgeons").

43.     Indeed, Stryker's OptaBlate BVN product webpage includes an option to "Contact A Rep" and links to a form that includes "OptaBlate basivertebral nerve ablation system" as an option under "What are you interested in learning more about?"[23]

44.     On information and belief, Stryker has produced and disseminated materials including information on how to order the OptaBlate BVN product.[24]

45.     On information and belief, Stryker will market the OptaBlate BVN product to customers based on the product's ability to allow those customers to perform the procedure as claimed in the '166 Patent.

46.     On information and belief, upon its imminent launch, the OptaBlate BVN product will include a product insert, label, and/or instructions for use, which Stryker intends for customers, *e.g.*, physicians, to follow.[25]

47.     On information and belief, physicians will follow the instructions and guidance provided by the OptaBlate BVN product label and instructions for use, as Stryker intends, and thereby infringe at least one claim of the '166 Patent.

48.     On information and belief, Stryker will provide training and support to physicians for the OptaBlate BVN product as it does for its other medical products, including its other ablation products. For instance, the FDA Clearance Letter concerning the OptaBlate BVN product explains that it "is intended to be used in conjunction with the existing Optablate [sic] radiofrequency (RF) generator," which has detailed instructions for use.[26] On information and belief, Stryker's

---

[23] *See OptaBlate BVN Product Page*, *supra* note 22; *see also* Stryker, *Contact us*, STRYKER | INTERVENTIONAL SPINE, https://providers.strykerivs.com/contact (last visited July 2, 2025).
[24] *See, e.g.*, Ex. 5.
[25] *See, e.g.*, *OptaBlate BVN Product Page*, *supra* note 22 ("Please see Instructions for Use (IFU) for a complete listing of warnings, precautions and adverse events.").
[26] *See* Ex. 3, Enclosure at 1; Stryker, OptaBlate Radiofrequency (RF) Generator System Instructions for Use (Ex. 6).

instructions for use for the OptaBlate BVN product will be similarly detailed and will instruct its customers, *e.g.*, physicians, to use the OptaBlate BVN product in a manner that infringes the '166 Patent.

49.    Stryker has and has had constructive notice of the '166 Patent. For instance, Boston Scientific has indicated that its Intracept® product and Procedure is covered by the '166 Patent.[27]

50.    Stryker has and has had actual notice of the '166 Patent. For instance, Stryker has actual notice of the '166 Patent at least as of the filing of this complaint.

51.    Upon the commercial manufacture, use, offer for sale, sale, or importation into the United States of the OptaBlate BVN product, Stryker will actively induce and/or contribute to infringement of the '166 Patent with knowledge of Boston Scientific's patent rights. Stryker's actions are willful and deliberate.

52.    Exemplary claim 21 of the '166 Patent recites:

A method of ablating a basivertebral nerve in a vertebral body of a patient, the method comprising: selecting an introducer and one or more instruments after a pre-surgical evaluation of the patient, the introducer having a handle coupled to a shaft defining a central channel and an opening at a distal tip of the introducer, the one or more instruments comprising a proximal portion, and a distal deflectable section; inserting the introducer through a pedicle of the vertebral body such that the opening at the distal tip of the introducer reaches a cancellous portion of the vertebral body, the vertebral body being a lumbar vertebral body or a sacral vertebral body; delivering the one or more instruments through the central channel of the introducer; advancing the distal deflectable section of the one or more instruments past the opening at the distal tip of the introducer to traverse the cancellous portion of the vertebral body in a curved path and to position the distal deflectable section at a target area proximal to a junction of the basivertebral nerve in a posterior midline section of the vertebral body; and delivering energy from a first electrode of a bipolar RF probe to a second electrode of the bipolar RF probe to ablate at least a portion of the basivertebral nerve when the bipolar RF probe is located in the curved path in the immediate vicinity of the basivertebral nerve in the target area.

---

[27] *Patents - The Intracept Procedure by Relievant*, BOSTON SCIENTIFIC | RELIEVANT, https://www.relievant.com/patents/.

53.    Stryker's customers, *e.g.*, physicians, who use the OptaBlate BVN product in accordance with and as directed by Stryker will practice the method recited in at least claim 21 of the '166 Patent, as alleged in the following paragraphs.

54.    The OptaBlate BVN product is intended for use in a method of ablating a basivertebral nerve in a vertebral body of a patient.[28]

55.    The OptaBlate BVN product page includes a "Procedure" section with "step-by-step" instructions and diagrams that outline how Stryker intends its customers, *e.g.*, physicians, to perform a basivertebral nerve ablation procedure using the OptaBlate BVN product.[29]

56.    For example, as shown in the below figures taken from the OptaBlate BVN product page, the OptaBlate BVN product includes an introducer and other instruments that will be selected by a surgeon after a pre-surgical evaluation of the patient.[30]

---

[28] *See Stryker FDA Clearance Announcement*, *supra* note 13 ("Stryker's first basivertebral nerve ablation system targets the basivertebral nerve to provide relief from chronic vertebrogenic low back pain."); *see also OptaBlate BVN Product Page*, *supra* note 22 ("We're targeting everything we know about pain to the basivertebral nerve (BVN). At Stryker, we have a long history in radiofrequency ablation. . . . Introducing the OptaBlate BVN system—a targeted, minimally invasive procedure that provides long-lasting vertebrogenic pain relief.").

[29] *See OptaBlate BVN Product Page*, Procedure, View Step-By-Step, *supra* note 22; *see also OptaBlate BVN Product Page*, *supra* note 22 ("This information is intended solely for the use of healthcare professionals. . . . The information presented is intended to demonstrate Stryker's products.").

[30] *See OptaBlate BVN Product Page*, *supra* note 22; *see also Stryker FDA Clearance Announcement*, *supra* note 13.



57.    In the OptaBlate BVN product, the introducer (*e.g.*, Stryker's "cannula") has a handle coupled to a shaft defining a central channel and an opening at a distal tip of the introducer.[31]



58.    In the OptaBlate BVN product, the one or more instruments (*e.g.*, Stryker's "introducer with conduit") comprises a proximal portion, and a distal deflectable section.[32]

---

[31] *See OptaBlate BVN Product Page*, Procedure, step 1, *supra* note 22 (annotated).
[32] *See OptaBlate BVN Product Page*, Procedure, steps 2 & 3, *supra* note 22 (annotated).

16



59.    As shown, for example, in the enlarged portion of the step 1 image below, a physician using the OptaBlate BVN product in a nerve ablation procedure would insert the introducer through a pedicle of the vertebral body such that the opening at the distal tip of the introducer reaches a cancellous portion of the vertebral body.[33]



60.    In using the OptaBlate BVN product, the physician targets a lumbar vertebral body.[34]

---

[33] *See OptaBlate BVN Product Page*, Procedure, step 1, *supra* note 22 (annotated).
[34] *See Stryker FDA Clearance Announcement*, *supra* note 13 (annotated).



61.     In using the OptaBlate BVN product, the physician delivers the one or more instruments through the central channel of the introducer.[35]



62.     In using the OptaBlate BVN product, the physician advances the distal deflectable section of the one or more instruments past the opening at the distal tip of the introducer to traverse the cancellous portion of the vertebral body in a curved path and to position the distal deflectable

---

[35] *See OptaBlate BVN Product Page*, Procedure, step 2, *supra* note 22 (annotated).

section at a target area proximal to a junction of the basivertebral nerve in a posterior midline section of the vertebral body.[36]



distal deflectable section is advanced past the tip of the introducer on a curved path through cancellous bone

distal deflectable section is positioned at target proximal to a basivertebral nerve junction in posterior midline

63.    In using the OptaBlate BVN product, the physician delivers energy from a first electrode of a bipolar RF probe to a second electrode of the bipolar RF probe to ablate at least a portion of the basivertebral nerve when the bipolar RF probe is located in the curved path in the immediate vicinity of the basivertebral nerve in the target area.[37]

---

[36] *See OptaBlate BVN Product Page*, Procedure, step 3, *supra* note 22 (annotated).
[37] *See OptaBlate BVN Product Page*, Procedure, step 5, *supra* note 22 (annotated).





first and second electrodes

RF probe in curved path

64.    For at least the reasons above, Stryker's customers, *e.g.*, physicians, using the OptaBlate BVN product to perform basivertebral nerve ablation procedures will directly infringe at least claim 21 of the '166 Patent in violation of 35 U.S.C. § 271(a).

65.    On information and belief, Stryker plans and intends to, and will, actively induce infringement of one or more claims of the '166 Patent upon its imminent commercial launch of the OptaBlate BVN product. Stryker's activities will be done with knowledge of the '166 Patent and specific intent to infringe that patent.

66.    On information and belief, Stryker knows, should know, or is willfully blind to the fact that physicians who act according to Stryker's label, instructions for use, and/or other instructions (*e.g.*, OptaBlate BVN Product Page, Procedure) will infringe one or more claims of the '166 Patent, and Stryker has the specific intent to actively encourage physicians to infringe one or more claims of the '166 Patent as evident, for example, by Stryker's instruction material (*e.g.*,

OptaBlate BVN Product Page, Procedure) and information submitted with Stryker's 510(k) application (*e.g.*, Ex. 3).

67.    On information and belief, Stryker's OptaBlate BVN product is especially made or adapted for use in infringing the '166 Patent, is not a staple article or commodity of commerce, and is not suitable for substantial non-infringing use. On information and belief, Stryker plans and intends to, and will, contribute to infringement of the '166 Patent immediately upon the imminent commercial launch of the OptaBlate BVN product.

68.    Notwithstanding Stryker's knowledge of the claims of the '166 Patent, Stryker has continued to assert its intent to manufacture, offer for sale, sell, distribute, and/or import the OptaBlate BVN product following its imminent commercial launch prior to the expiration of the '166 Patent.

69.    The foregoing actions by Stryker constitute and/or will constitute active inducement of and/or contribution to the infringement by others of the '166 Patent in violation of 35 U.S.C. § 271(b) and/or (c).

70.    On information and belief, Stryker has acted with full knowledge of the '166 Patent and without a reasonable basis for believing that it would not be liable for active inducement of and/or contribution to the infringement by others of the '166 Patent.

71.    Boston Scientific will be irreparably harmed if Stryker is not enjoined from actively inducing or contributing to the infringement of the '166 Patent. Boston Scientific does not have an adequate remedy at law, and considering the balance of hardships between Boston Scientific and Stryker, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a preliminary injunction.

**PRAYER FOR RELIEF**

Boston Scientific respectfully requests the following relief:

A.     A declaration pursuant to 28 U.S.C. § 2201 that the use, offer for sale, sale and/or importation of the OptaBlate BVN product before expiration of the '166 Patent will result in infringement of the '166 Patent;

B.     An order preliminarily and permanently enjoining Stryker and its affiliates, subsidiaries, officers, agents, employees, attorneys, and all persons in active concert or participation with it, or acting on its behalf, from using, offering for sale, selling, and/or importing the OptaBlate BVN product, or otherwise conducting activities, in a manner that directly or indirectly infringes the '166 Patent;

C.     An award of such other and further relief as this Court may deem just and proper, including all appropriate remedies at law and in equity.

**JURY DEMAND**

Boston Scientific demands trial by jury in this action on all issues so triable.

Dated: July 2, 2025                    Respectfully Submitted,

                                       */s/ Paul J. Fishman*
                                       Paul J. Fishman
                                       ARNOLD & PORTER KAYE SCHOLER LLP
                                       One Gateway Center
                                       Suite 1025
                                       Newark, NJ 07102-5322
                                       (973) 776-1900
                                       paul.fishman@arnoldporter.com

                                       Matthew M. Wolf
                                       (*pro hac vice* application forthcoming)
                                       William Z. Louden
                                       (*pro hac vice* application forthcoming)
                                       Nicholas M. Nyemah
                                       (*pro hac vice* application forthcoming)
                                       ARNOLD & PORTER KAYE SCHOLER LLP
                                       601 Massachusetts Ave, NW
                                       Washington, DC 20001-3743
                                       (202) 942-5000
                                       matthew.wolf@arnoldporter.com
                                       william.louden@arnoldporter.com
                                       nicholas.nyemah@arnoldporter.com

                                       *Attorneys for Plaintiffs Boston Scientific*
                                       *Corporation and Relievant Medsystems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel hereby certifies that on July 2, 2025, he caused a true and correct copy of the foregoing COMPLAINT FOR DECLARATORY JUDGMENT to be filed with the United States District Court for the District of New Jersey through this Court's ECF System.

Dated: July 2, 2025

*/s/ Paul J. Fishman*
Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5322
(973) 776-1900
paul.fishman@arnoldporter.com

*Attorney for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*