Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5322
(973) 776-1900

Yenis V. Argueta Guevara
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Yenis.ArguetaGuevara@arnoldporter.com

Matthew M. Wolf
(*pro hac vice* application forthcoming)
William Z. Louden
(*pro hac vice* application forthcoming)
Nicholas M. Nyemah
(*pro hac vice* application forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000

*Attorneys for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and RELIEVANT MEDSYSTEMS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION <br><br> Defendant. | Civil Action No. 25-12700 <br><br> **Oral Argument Requested** <br><br> **MOTION DATE: August 18, 2025** |

## PLAINTIFFS' NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that on August 18, 2025, or as soon thereafter as counsel may be heard, the attorneys for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc. (collectively, "Boston Scientific" or "Plaintiffs") shall appear before the Honorable Evelyn Padin, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07102, and shall move for an order granting Plaintiffs' Motion for a Preliminary Injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon their Opening Brief in Support of Plaintiffs' Motion for a Preliminary Injunction; the declarations of Yenis V. Argueta Guevara, Troy D. Drewry, Dr. Jean Woloszko, Carrie L. Distler, Dr. Ramana K. Naidu, Samit Patel, and Brian Betts; the corresponding exhibits; any other papers to be submitted; and oral argument.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Civil Procedure 5(b)(2)(E) and 65(a)(1), the notice requirement under *Corp. Synergies Grp., LLC v. Andrews*, 775 F. App'x 54, 60 (3d Cir. 2019), and pursuant to an email agreement between the parties, Plaintiffs served Stryker's senior IP counsel, Merle Elliott, via Kiteworks file transfer protocol on July 14, 2025 with the Notice of Motion, Opening Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, the declarations listed above, and the corresponding exhibits.  A certification attesting to the date and manner of service is attached.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is also submitted for the Court's consideration.

Dated: July 14, 2025                                    Respectfully Submitted,

                                                       */s/ Paul J. Fishman*
                                                       Paul J. Fishman
                                                       ARNOLD & PORTER KAYE SCHOLER LLP

One Gateway Center
Suite 1025
Newark, NJ 07102-5322
(973) 776-1900
paul.fishman@arnoldporter.com

Yenis V. Argueta Guevara
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Yenis.ArguetaGuevara@arnoldporter.com

Matthew M. Wolf
(*pro hac vice* application forthcoming)
William Z. Louden
(*pro hac vice* application forthcoming)
Nicholas M. Nyemah
(*pro hac vice* application forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
matthew.wolf@arnoldporter.com
william.louden@arnoldporter.com
nicholas.nyemah@arnoldporter.com

*Attorneys for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*