Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5322
(973) 776-1900

Yenis V. Argueta Guevara
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Yenis.ArguetaGuevara@arnoldporter.com

Matthew M. Wolf
(*pro hac vice* application forthcoming)
William Z. Louden
(*pro hac vice* application forthcoming)
Nicholas M. Nyemah
(*pro hac vice* application forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000

*Attorneys for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and RELIEVANT MEDSYSTEMS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION <br><br> Defendant. | Civil Action No. 25-12700-EP-JSA <br><br> **CERTIFICATE OF SERVICE** <br><br> *Filed Electronically* |

I, Yenis V. Argueta Guevara, certify:

1.    I am an attorney admitted to practice before this Court and an associate at the law firm Arnold & Porter Kaye Scholer LLP, and an attorney for Boston Scientific Corporation and Relievant Medsystems, Inc. (collectively, "Plaintiffs") in the above-captioned action.

2.    On July 14, 2025, I caused the following documents to be electronically filed on behalf of Plaintiffs.

    a.   Notice of Motion and Proposed Order for a Preliminary Injunction;

    b.   Opening Brief in Support of Plaintiffs' Motion for a Preliminary Injunction;

    c.   Declaration of Yenis V. Argueta Guevara and accompanying exhibits;

    d.   Declaration of Troy D. Drewry and accompanying exhibits;

    e.   Declaration of Dr. Jean Woloszko and accompanying exhibits;

    f.   Declaration of Carrie L. Distler and accompanying exhibits;

    g.   Declaration of Dr. Ramana K. Naidu and accompanying exhibits;

    h.   Declaration of Samit Patel and accompanying exhibits;

    i.   Declaration of Brian Betts; and

    j.   this Certificate of Service.

3.    On this same date, I caused true and correct copies of each of the foregoing documents to be filed with the United States District Court for the District of New Jersey, and served on all counsel of record by filing it electronically through this Court's ECF System.

4.    On this same date, per email agreement, I caused true and correct copies of each of the foregoing documents to be served on Stryker's senior IP counsel, Merle Elliott, via Kiteworks file transfer protocol.

I certify that the foregoing is true and correct.

Dated: July 14, 2025

/s/ *Yenis V. Argueta Guevara*
Yenis V. Argueta Guevara
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Yenis.ArguetaGuevara@arnoldporter.com

*Attorney for Plaintiffs Boston Scientific Corporation and Relievant Medsystems, Inc.*